UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

DAVID JAMES LAPOINTE,

               Plaintiff,

   vs.

NANCY BERRYHILL, Acting
Commissioner of Social Security,

               Defendant.

Case No. CV-16-109-GF-JTJ

JUDGMENT IN A CIVIL CASE

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      1.      Mr. LaPointe's Motion for Summary Judgment is GRANTED.

      2.      The Commissioner's decision denying benefits to Mr. LaPointe is REVERSED and Mr. LaPointe's claim is REMANDED for the calculation and award of benefits.

Dated this 8th day of June, 2017.

               TYLER P. GILMAN, CLERK

               By: /s/ S. Redding
               S. Redding, Deputy Clerk